ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DAVID L. WALKER JR.,            )
                                )
        Plaintiff,              )
                                )   CV 106-143
v.                              )
                                )
DEPARTMENT OF THE ARMY,         )
                                )
        Defendant.              )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** for failure to file within the statutory provision applicable to judicial review of a Merit Systems Protection Board decision.

SO ORDERED this 27th day of October, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE